IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *
\*
\*
v.   *   Civil No. – JFM-12-250
\*
RANBAXY LABORATORIES, LTD.   *
\*\*\*\*\*\*

## ORDER

Upon consideration of defendant Dale Adkisson's motion for partial release from the January 26, 2012 consent decree, and memoranda submitted in connection therewith, and this court being of the view that the motion is unnecessary in light of the language of the consent decree, it is, this 8th day of June 2015

ORDERED that defendant's motion (document 7) be denied.

_____
J. Frederick Motz
United States District Judge